UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL D. LATHON, Sr., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case number 4:04cv0597 DJS |
| ) | TCM |
| CHUCK DWYER, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This 28 U.S.C. § 2254 action is before the undersigned on his own motion. In July 2004, Lisa J. Berry entered her appearance on behalf of Respondent. The docket sheet reflects that Lisa J. Berry-Tayman with the law firm of Shook and Hardy, L.L.P., continues to represent Respondent. This might not be an accurate reflection of Ms. Berry-Tayman's representative standing. If it is not, Ms. Berry-Tayman is hereby directed to file the appropriate motion to withdraw as Respondent's attorney.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of April, 2007.